**Lawrence K. SILVA, Ph.D.,
Plaintiff—Appellant,**

v.

**BOWIE STATE UNIVERSITY, part of
the University System of Maryland,
Defendant—Appellee.**

No. 07–1101.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2007.

Decided: Aug. 2, 2007.

Lawrence K. Silva, Appellant Pro Se. John Joseph Curran, Jr., Sara Slaff, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before TRAXLER and KING, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence K. Silva appeals from the district court's order granting summary judgment in favor of his former employer on Silva's claim of retaliatory discharge. We have reviewed the record * and find no reversible error. Accordingly, we affirm for the reasons stated by the court at the hearing held on January 22, 2007. *See Silva v. Bowie State Univ.*, No. 8:04–cv–01984–RWT (D. Md. Jan. 22, 2007; filed Jan. 24, 2007 & entered Jan. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Silva presents on appeal a letter dated April 15, 2002, that was not before the district court. "It is well established that affidavits and exhibits not before the [district] court in making its decision are not to be considered

---

on appeal." *Kaiser Aluminum & Chem. Corp. v. Westinghouse Elec. Corp.*, 981 F.2d 136, 140 (4th Cir.1992). In any event, we have reviewed the letter and conclude that it does not warrant relief on appeal.